

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

---

No. 02-21-00293-CV

---

IN THE INTEREST OF D.E., A CHILD

---

On Appeal from County Court at Law No. 1
Wichita County, Texas
Trial Court No. CCL1-CP2020-0003

---

Before Walker, J.; Sudderth, C.J.; and Kerr, J.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered Appellant's "Motion to Withdraw Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Per Curiam

Delivered: October 14, 2021